[No. 68254-7-I.   Division One.   November 13, 2012.]

*In the Matter of the Dependency of* T.M.L.

HEATHER LEMIEUX, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-7-00468-2, Bruce I. Weiss, J., entered January 6, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Spearman, J.

[No. 41834-7-II.   Division Two.   November 13, 2012.]

GEORGE NERVIK, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02385-6, Paula Casey, J., entered January 28, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42089-9-II.   Division Two.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. HAYDEN THOMAS SIMS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10-8-00788-7, Robert A. Lewis, J., entered April 12, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Hunt and Van Deren, JJ.

[No. 42597-1-II.   Division Two.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT KEITH MCFADDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01963-8, Lisa L. Sutton, J., entered August 18, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren and Penoyar, JJ.